UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/21/2026
```

---------------------------------------------------------------:

BRYAN ADLER,                                            :

                                      Plaintiff,        :

                                                        :        No. 25 CV 6643 (NSR)

                     -against-                          :

                                                        :        **ORDER**

BSH HOME APPLIANCES CORPORATION,     :

                                                        :

                                      Defendant.   :

------------------------------------------------------------ :

NELSON S. ROMÁN, United States District Judge:

   The Court has been informed that the parties have reached a settlement in principle of this case.  (*See* ECF No. 27.)  Accordingly, it is hereby ORDERED that this action is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within seventy-five (75) days of the date hereof.  Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.  If the parties have not already done so, they are directed to request that Magistrate Judge Judith C. McCarthy adjourn the status conference scheduled for April 23, 2026.

   The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next seventy-five (75) days with a request that the agreement be "so ordered" by the Court.

Dated:    April 21, 2026                              SO ORDERED:
          White Plains, NY

                                      _____
                                           NELSON S. ROMÁN
                                        United States District Judge